UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| SYLVESTER WEBBER, JR., | ) | Case No. 12-31160 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
<u>BANKRUPTCY ESTATE OF SYLVESTER WEBBER, JR.</u>**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $3,960.00 for 16.5 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) and actual and necessary costs in the amount of $22.40 from October 3, 2012, to the present.  The actual value for these services is $5,886.50; however, **to allow for a distribution to unsecured creditors, Q&B is voluntarily reducing its fees by $1,926.50.  Trustee is also waiving his fees for the same purpose.**

In support of this Final Application, Trustee states as follows:

### I. <u>COMMENCEMENT OF PROCEEDING</u>

1.  On August 6, 2012, Debtor filed a chapter 7 proceeding, and Philip V. Martino was appointed Trustee for this bankruptcy.

2.  The 341 meeting was held on October 3, 2012, and Trustee filed an initial report of assets on October 4, 2012.

3.  On January 9, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to October 3, 2012.

4. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

5. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on October 3, 2012. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

6. Q&B drafted and presented the motions to retain Q&B as Trustee's General Counsel, to retain Julie Thompson of Loevy and Loevy as Trustee's Special Counsel and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 4.0 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,530.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .3 |
| Sarah K. Baker | 1.9 |
| Colleen A. Greer | .8 |

### B. ASSETS

7. Debtor's sole asset of consequence was a personal injury action against the City of Chicago for police brutality. Trustee's and Debtor's Special Counsel initially evaluated the claim as solid–with substantial damages and willing (non-police) witnesses. As time went on, however, Debtor's credibility diminished and his witnesses no longer could be located. The City

2

made what it considered to be a nuisance settlement offer of $7,500, which Special Counsel recommended Trustee accept. Approval of that settlement, however, proved to be more problematic than normal, highlighted by the City's post-Court approval imposition of additional requirements. So what began as a $7,500 settlement that would generate $5,000 to the estate and allow Trustee to make a very modest distribution to unsecured creditors ultimately generated attorneys' fees in excess of the recovery. While Trustee has directed Q&B to reduce its fees to allow for a nominal recovery ($1,000 to be shared by unsecured creditors of about $80,000), all time actually incurred is reflected on the instant application and, in particular, the exhibit relative to this aspect of the fee application. In connection with these matters, Q&B expended 12.4 hours for which it requests compensation of $4,322.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .2 |
| Sarah K. Baker | 12.2 |

### B. CLAIMS

8.	Q&B was asked by Trustee to review Claim No. 7, filed by Portfolio Recovery Associates. In connection with that review, Q&B expended .1 hour for which it requests compensation of $34.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | .1 |

3

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

9. Since October 3, 2012, Q&B has devoted 16.5 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $3,960.00

10. While representing Trustee, Q&B expended $22.40 photocopying ($.10 per page) for service of the motion to for settlement. Q&B respectfully requests to be compensated for this reasonable and necessary cost. Attached as **Exhibit B** is a breakdown of the cost.

11. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

12. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $3,960.00 for actual, necessary and valuable professional services rendered. The actual value for these services is $5,886.50; however, **to allow for a distribution to unsecured creditors, Q&B is voluntarily reducing its fees by $1,926.50**;

B. Authorizing reimbursement of $22.40 in reasonable and necessary costs incurred in the administration of this case; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
     Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

4

QB\22651594.1



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

Tax ID No. 39-0432630

## INVOICE SUMMARY

Invoice Number:　1881414
Invoice Date:　September 24, 2013

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2013
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 148585.00003

|  |  |  |
|---|---|---|
| Current Fees: | $ | 965.00 |
| Current Total Due: | $ | 965.00 |
| **TOTAL AMOUNT DUE:** | **$** | **965.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Sylvester Webber, Jr. Chapter 7 Bankruptcy
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 148585.00003

September 24, 2013

Invoice Number: 1881414
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/02/12 | Review and e-mails regarding conflicts search results for connections. | PMARTINO | 0.30 |
| 11/26/12 | Review and revise motion to retain special counsel. | SBAKER | 0.20 |
| 01/09/13 | Attend hearing to retain counsel. | SBAKER | 1.00 |
| 03/25/13 | Review and revise application to employ. | SBAKER | 0.20 |
| 04/01/13 | Attend hearing on application to retain counsel. | SBAKER | 0.50 |
| 09/13/13 | Prepare draft of fee application for Quarles & Brady (.5). | CGREER | 0.50 |
| 09/16/13 | Prepare Trustee's Affidavit (.3). | CGREER | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.30 | 565.00 | 169.50 |
| SBAKER | Sarah K. Baker | 1.90 | 345.00 | 655.50 |
| CGREER | Colleen A. Greer | 0.80 | 175.00 | 140.00 |
| Total | | 3.00 | | 965.00 |

Total Fees: $ 965.00



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

Tax ID No. 39-0432630

INVOICE SUMMARY

Invoice Number:   1881412
Invoice Date:     September 24, 2013

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2013
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 148585.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 4,322.00 |
| Current Total Due: | $ | 4,322.00 |
| **TOTAL AMOUNT DUE:** | $ | **4,322.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Sylvester Webber, Jr. Chapter 7 Bankruptcy  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 148585.00005

September 24, 2013

Invoice Number: 1881412  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 02/20/13 | Review email from P. Martino regarding settlement of lawsuit. | SBAKER | 0.10 |
| 02/20/13 | Review email from J. Thompson regarding settlement of lawsuit. | SBAKER | 0.10 |
| 02/21/13 | Review email from P. Martino regarding status of settlement negotiations. | SBAKER | 0.10 |
| 02/21/13 | Review email from J. Thompson regarding status of settlement negotiations. | SBAKER | 0.10 |
| 02/21/13 | Telephone call with C. Greer regarding timing of settlement motion and hearing. | SBAKER | 0.10 |
| 03/15/13 | Telephone call with P. Martino regarding motion to settle lawsuit. | SBAKER | 0.10 |
| 03/19/13 | Review and revise motion to settle lawsuit with city of Chicago. | SBAKER | 0.60 |
| 03/20/13 | Draft email to J. Thompson regarding 9019 motion. | SBAKER | 0.10 |
| 03/20/13 | Review and revise application to compromise and pay special counsel (.1); e-mail regarding background story (.1). | PMARTINO | 0.20 |
| 03/26/13 | Draft email to P. Martino regarding status update about motion for relief from stay. | SBAKER | 0.10 |
| 03/28/13 | Research regarding joint bank accounts as property of the estate. | SBAKER | 2.50 |
| 04/01/13 | Attend hearing on motion to lift stay. | SBAKER | 1.50 |
| 04/08/13 | Being draft of discovery to credit union. | SBAKER | 0.50 |
| 04/10/13 | Attend hearing on settlement motion. | SBAKER | 1.00 |
| 04/12/13 | Draft discovery to Credit Union and Debtor. | SBAKER | 2.20 |
| 04/16/13 | Telephone call with J. Thompson regarding settlement with City of Chicago. | SBAKER | 0.10 |
| 04/30/13 | Review email and settlement documents from J. Thompson regarding settlement agreement. | SBAKER | 0.30 |
| 04/30/13 | Telephone call with J. Polick regarding settlement agreement. | SBAKER | 0.20 |
| 04/30/13 | Draft email to J. Thompson regarding settlement agreement. | SBAKER | 0.10 |
| 05/04/13 | Revise motion to amend settlement order. | SBAKER | 1.20 |
| 05/06/13 | Telephone call with P. Martino regarding release and settlement agreement. | SBAKER | 0.20 |

Philip V. Martino as Trustee for Sylvester Webber, Jr. Chapter 7 Bankruptcy  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 148585.00005

September 24, 2013  
Invoice Number: 1881412  
Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 05/06/13 | Draft email to J. Thompson regarding release and settlement agreement. | SBAKER | 0.10 |
| 05/11/13 | Revise motion to amend settlement order. | SBAKER | 0.50 |
| 05/14/13 | Draft email to J. Thompson regarding settlement documents. | SBAKER | 0.10 |
| 05/15/13 | Review email from Julie Thompson regarding settlement order. | SBAKER | 0.10 |
| 07/18/13 | Draft e-mail to J. Thompson regarding Settlement Agreement. | SBAKER | 0.10 |
| 09/09/13 | Review e-mail from J. Thompson regarding payment of settlement amount. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 565.00 | 113.00 |
| SBAKER | Sarah K. Baker | 12.20 | 345.00 | 4,209.00 |
| Total | | 12.40 | | 4,322.00 |

Total Fees: $ 4,322.00



| | | |
|---|---|---|
| | 101 East Kennedy Boulevard<br>Suite 3400<br>Tampa, FL 33602-5195<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Milwaukee and Madison, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix and Tucson, Arizona<br>Washington, DC |

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1881413
Invoice Date: September 24, 2013

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2013
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 148585.00004

|  |  |  |
|---|---|---|
| Current Fees: | $ | 34.50 |
| Current Total Due: | $ | 34.50 |
| **TOTAL AMOUNT DUE:** | **$** | **34.50** |

EXHIBIT A(3)

INVOICE IS PAYABLE UPON RECEIPT

| | |
|---|---|
| Philip V. Martino as Trustee for Sylvester Webber, Jr. Chapter 7 Bankruptcy | September 24, 2013 |
| RE: Claims Chapter 7 Bankruptcy | Invoice Number: 1881413 |
| Q & B Matter Number: 148585.00004 | Page 2 |

| Date | Description | Professional | Hours |
|---|---|---|---|
| 01/04/13 | Review proof of claim filed by Portfolio Recovery Associates. | SBAKER | 0.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.10 | 345.00 | 34.50 |
| Total | | 0.10 | | 34.50 |

Total Fees:                    $    34.50

**Quarles & Brady** LLP

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1881411
Invoice Date: September 24, 2013

Privileged & Confidential

Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through September 24, 2013
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 148585.00006

|  |  |  |
|---|---|---|
| Current Disbursements: | $ | 22.40 |
| Current Total Due: | $ | 22.40 |
| **TOTAL AMOUNT DUE:** | **$** | **22.40** |

EXHIBIT B

INVOICE IS PAYABLE UPON RECEIPT

Philip V. Martino as Trustee for Sylvester Webber, Jr. Chapter 7 Bankruptcy  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 148585.00006

September 24, 2013

Invoice Number: 1881411  
Page 2

**DISBURSEMENTS:**

| | |
|---|---|
| Copy charges | 22.40 |
| Total Disbursements: | $ 22.40 |
| Total Fees and Disbursements: | $ 22.40 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; and his current hourly billing rate is $565.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00; her current hourly billing rate is $345.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 23 years. Her hourly billing rate is $175.00.

EXHIBIT C

QB\22651594.1

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\22651594.1  EXHIBIT D

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\22651594.1