CAROL A. DOYLE
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS
CHICAGO  **DIVISION**

In re:                                §
                                      §
WEBBER JR., SYLVESTER                 §         Case No. 12-31160
                                      §
            Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE BANKRUPTCY COURT
        219 SOUTH DEARBORN STREET,  ROOM 713
        CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2013 in Courtroom 742,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/23/2013              By: Clerk of the Bankruptcy Court
                                                            Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
  §
WEBBER JR., SYLVESTER § Case No. 12-31160
  §
  Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 2,500.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 3,960.00 | $ 0.00 | $ 3,960.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 22.40 | $ 0.00 | $ 22.40 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,982.40 |
| Remaining Balance | | $ | 1,017.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,797.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ALLSTATE INSURANCE COMPANY | $ 3,032.28 | $ 0.00 | $ 32.55 |
| 000002 | Americredit Financial Services, Inc. | $ 18,668.67 | $ 0.00 | $ 200.40 |
| 000003 | Radiology Assoc Berrien Co | $ 388.00 | $ 0.00 | $ 4.16 |
| 000004 | Sallie Mae | $ 32,152.82 | $ 0.00 | $ 345.14 |
| 000005 | Sallie Mae Inc, On Behalf of The | $ 37,101.23 | $ 0.00 | $ 398.26 |
| 000006 | LVNV Funding LLC its successors | $ 730.35 | $ 0.00 | $ 7.84 |
| 000007 | Portfolio Recovery Associates, LLC | $ 1,072.27 | $ 0.00 | $ 11.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | CITY OF CHICAGO Department of Finance | $ 1,652.30 | $ 0.00 | $ 17.74 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,017.60 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 12-31160-CAD
Sylvester Webber Jr.                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: cgreen              Page 1 of 2              Date Rcvd: Oct 25, 2013
                               Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
```
db          #+Sylvester Webber Jr.,    2340 E 71st Street,    Apt A,    Chicago, IL 60649-2506
aty          +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
19283067     +ALLSTATE INSURANCE COMPANY,    c/o Zenoff Zenoff,    53 W. Jackson Blvd. Suite 1140,
               Chicago, IL 60604-3619
19283068     +AMERICAN COLLECTIONS,    919 ESTES CT,    SCHAUMBURG, IL 60193-4436
19310452    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,     dba GM Financial,
               PO Box 183853,    Arlington, TX 76096)
19283071     +CITY OF CHICAGO,    DEPARTMENT OF REVENUE,    121 N. LaSalle St. Rm 107A,    Chicago, IL 60602-1288
19283072     +CITY OF CHICAGO Department of Finance,    c/o Roberts & Weddle,    111 N. Canal #885,
               Chicago, IL 60606-7222
19283073     +COMMONWEALTH FINANCIAL,    237 N MAIN STREET,    DICKSON CITY, PA 18519-1651
19283075     +CREDIT MANAGEMENT LP,    4200 INTERNATIONAL PKWY,    CARROLLTON, TX 75007-1912
19283076     +CREDITORS DISCOUNT & A,    415 E MAIN ST,    STREATOR, IL 61364-2927
19283078     +DOUglas Wellman,    7727 S. Kedzie,    Chicago, IL 60652-1914
19283079     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
19283081     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
19283082     +H&F LAW,    33 NORTH LASALLE STREET SUITE,    CHICAGO, IL 60602-2603
19283083     +HARRIS & HARRIS LTD,    222 MERCHANDISE MART PLZ,    CHICAGO, IL 60654-1474
19283086     +MICHAEL R. RICHMOND,    33 NORTH DEARBORN STREET,    SUITE 1907,    CHICAGO, IL 60602-3828
19283087     +MONEY RECOVERY NATIONW,    8155 EXECUTIVE CT STE 10,    LANSING, MI 48917-7774
19882626    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
               successor to GE Capital Retail Bank,    JCPenney,    POB 41067,    Norfolk, VA 23541)
19283088     +Radiology Assoc Berrien Co,    CARM,    PO Box 358,    Cadillac, MI 49601-0358
19283091     +STATE COLLECTION SERVI,    2509 S STOUGHTON RD,    MADISON, WI 53716-3314
19283094     +Webber Jr., Sylvester,    2340 E 71st Street,    Apt A,    Chicago, IL 60649-2506
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19283069     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 26 2013 00:54:39      ARMOR SYSTEMS CO,
               1700 KIEFER DR STE 1,    ZION, IL 60099-5105
19283070     +E-mail/Text: rward@cadillac-ar.com Oct 26 2013 00:52:43      CADILLAC ACCNTS REC MG,    PO BOX 358,
               CADILLAC, MI 49601-0358
19283077     +E-mail/PDF: pa_dc_ed@salliemae.com Oct 26 2013 00:56:38      Dept Of Ed/sallie Mae,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
19829993      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2013 00:56:41
               LVNV Funding LLC its successors,    and assigns as assignee of HSBC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
19283089     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 26 2013 00:57:45      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
19700313     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 26 2013 00:58:51      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
19700343      E-mail/PDF: pa_dc_ed@salliemae.com Oct 26 2013 00:58:51      Sallie Mae Inc, On Behalf of The,
               Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19283066       Advocate Christ Medi
19283074       Crandon Emergency Ph
19283080       Foundation Emergency
19283084       Lakeland Regional He
19283085       Lasalle Bank
19283090       Southwest Orthopedic
19283092       Tcf National Ba
19283093       Universal Radiology
19283095       Wow Chicago
                                                                                   TOTALS: 9, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: cgreen              Page 2 of 2            Date Rcvd: Oct 25, 2013
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2013 at the address(es) listed below:
              Michael R Richmond    on behalf of Debtor Sylvester  Webber Jr. mrichmond@hellerrichmond.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
              Thomas N Auwers    on behalf of Debtor Sylvester  Webber Jr. tauwers@hellerrichmond.com
                                                                                             TOTAL: 6
```