CAROL A. DOYLE
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WEBBER JR., SYLVESTER § Case No. 12-31160
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| LOEVY & LOEVY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Advocate Christ Medi | | | | | |
| | Creditor # :10 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :11 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :12 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :13 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :14 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :15 DOUglas Wellman 7727 S. Kedzie Chicago IL 60652 | | | | | |
| | Creditor # :16 First Premier Bank 601 S Minnesota Ave Sioux Falls SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :17 Foundation Emergency | | | | | |
| | Creditor # :19 Lakeland Regional He | | | | | |
| | Creditor # :20 Lasalle Bank | | | | | |
| | Creditor # :22 Sallie Mae Po Box 9500 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :23 Sallie Mae Po Box 9500 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :24 Sallie Mae Po Box 9500 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :25 Sallie Mae Po Box 9500 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :26 Sallie Mae Po Box 9500 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :27 Southwest Orthopedic | | | | | |
| | Creditor # :28 Tcf National Ba | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :29 Universal Radiology | | | | | |
| | Creditor # :30 Wow Chicago | | | | | |
| | Creditor # :4 CITY OF CHICAGO DEPARTMENT OF REVENUE 121 N. LaSalle St. Rm 107A Chicago IL 60602 | | | | | |
| | Creditor # :5 Crandon Emergency Ph | | | | | |
| | Creditor # :6 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :7 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :8 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |
| | Creditor # :9 Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre PA 18773 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Advocate Christ Medi | | | | | |
| | Representing: Crandon Emergency Ph | | | | | |
| | Representing: Foundation Emergency | | | | | |
| | Representing: Lakeland Regional He | | | | | |
| | Representing: Lasalle Bank | | | | | |
| | Representing: Radiology Assoc Berr | | | | | |
| | Representing: Southwest Orthopedic | | | | | |
| | Representing: Tcf National Ba | | | | | |
| | Representing: Universal Radiology | | | | | |
| | Representing: Wow Chicago | | | | | |
| 000001 | ALLSTATE INSURANCE COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| 000008 | CITY OF CHICAGO DEPARTMENT OF FINAN | | | | | |
| 000006 | LVNV FUNDING LLC ITS SUCCESSORS | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | RADIOLOGY ASSOC BERRIEN CO | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/7/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 12-31160    CAD    Judge: CAROL A. DOYLE |
| Case Name: | WEBBER JR., SYLVESTER |
| For Period Ending: | 01/24/14 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 08/06/12 (f) |
| 341(a) Meeting Date: | 10/03/12 |
| Claims Bar Date: | 01/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TCF BANK CHECKING ACCT JOINT ACCT WITH MOTHER LOCA | 200.00 | 0.00 | | 0.00 | FA |
| 2. FURNITURE LOCATION: IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| 3. POTENTIAL LAWSUIT AGAINST CHICAGO POLICE ATTORNEY  Lawsuit setled for $7,500. Awaiting turnover of funds from City of Chicago. | 0.00 | 0.00 | | 7,500.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $700.00 | $0.00 | | $7,500.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.04c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31160   CAD | Trustee Name: PHILIP V. MARTINO |
| Case Name: | WEBBER JR., SYLVESTER | Bank Name: Congressional Bank |
| | | Account Number / CD #: *******0029 Congressional - Checking Account |
| Taxpayer ID No: | *******3470 | |
| For Period Ending: | 01/24/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 09/13/13 | 3 | Loevy & Loevy | | 5,000.00 | | 5,000.00 |
| | | LOEVY & LOEVY | Memo Amount:   7,500.00 | | | |
| | | | Lawsuit settlement | | | |
| | | LOEVY & LOEVY | Memo Amount:   ( 2,500.00 ) | | | |
| | | | Special Counsel Fees | | | |
| 11/21/13 | 003001 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 3,982.40 | 1,017.60 |
| 11/21/13 | 003002 | ALLSTATE INSURANCE COMPANY | Claim 000001, Payment 1.07345% | | 32.55 | 985.05 |
| | | c/o Zenoff Zenoff | (1-1) Judgment entered on May 14, | | | |
| | | 53 W. Jackson Blvd. Suite 1140 | 2010 in case number 10M1-010403 | | | |
| | | Chicago, IL 60604 | (1-1) Modified on 10/23/12 to correct creditor address (cg) | | | |
| 11/21/13 | 003003 | Americredit Financial Services, Inc. | Claim 000002, Payment 1.07346% | | 200.40 | 784.65 |
| | | dba GM Financial | (2-1) Unsecured Deficiency Claim | | | |
| | | PO Box 183853 | 6340 | | | |
| | | Arlington, TX 76096 | (2-1) Modified on 10/25/12 to correct creditor name (cg) | | | |
| * 11/21/13 | 003004 | UNITED STATES TRUSTEE | Claim 000003, Payment 1.07216% | | 4.16 | 780.49 |
| | | Dirksen Federal Court House | Radiology Assoc Berrien Co | | | |
| | | Suite 873 | CARM | | | |
| | | 219 South Dearborn Street | PO Box 358 | | | |
| | | Chicago, IL  60604 | Cadillac, MI 49601 | | | |
| 11/21/13 | 003005 | Sallie Mae | Claim 000004, Payment 1.07344% | | 345.14 | 435.35 |
| | | c/o Sallie Mae Inc. | | | | |
| | | 220 Lasley Ave. | | | | |
| | | Wilkes-Barre, PA 18706 | | | | |
| 11/21/13 | 003006 | Sallie Mae Inc, On Behalf of The | Claim 000005, Payment 1.07344% | | 398.26 | 37.09 |
| | | Department of Education | | | | |
| | | DOE | | | | |
| | | P.O. Box 740351 | | | | |
| | | Atlanta, GA 30374-0351 | | | | |
| 11/21/13 | 003007 | LVNV Funding LLC its successors | Claim 000006, Payment 1.07346% | | 7.84 | 29.25 |

Page Subtotals    5,000.00    4,970.75

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31160 CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | WEBBER JR., SYLVESTER | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0029 Congressional - Checking Account |
| Taxpayer ID No: | *******3470 | | |
| For Period Ending: | 01/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | and assigns as assignee of HSBC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (6-1) Modified on 12/26/12 to correct creditor address (cg) | | | |
| 11/21/13 | 003008 | Portfolio Recovery Associates, LLC successor to GE Capital Retail Bank JCPenney POB 41067 Norfolk, VA 23541 | Claim 000007, Payment 1.07342% (7-1) Modified on 1/8/13 to correct creditor address (cg) | | 11.51 | 17.74 |
| 11/21/13 | 003009 | CITY OF CHICAGO Department of Finance c/o Roberts & Weddle 111 N. Canal #885 Chicago, IL 60606 | Claim 000008, Payment 1.07365% (8-1) Property Damage to Municipal Vehicle (8-1) Modified on 1/8/13 to correct creditor name/address (cg) | | 17.74 | 0.00 |
| * 12/06/13 | 003004 | UNITED STATES TRUSTEE Dirksen Federal Court House Suite 873 219 South Dearborn Street Chicago, IL 60604 | Claim 000003, Payment 1.07216% Check made out to wrong entity. | | -4.16 | 4.16 |
| 12/06/13 | 003010 | Radiology Assoc Berrien Co CARM PO Box 358 Cadillac, MI 49601 | Final Distribution Final Distribution | | 4.16 | 0.00 |

Page Subtotals     0.00     29.25

Ver: 17.04c

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-31160   CAD | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | WEBBER JR., SYLVESTER | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0029  Congressional - Checking Account |
| Taxpayer ID No: | *******3470 | | |
| For Period Ending: | 01/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 7,500.00 | COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| | | Memo Allocation Disbursements: 2,500.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 5,000.00 | 5,000.00 | |
| | | Memo Allocation Net: 5,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 5,000.00 | 5,000.00 | |
| | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: 7,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: 2,500.00 | Congressional - Checking Account - *******0029 | 5,000.00 | 5,000.00 | 0.00 |
| | | Total Memo Allocation Net: 5,000.00 | | 5,000.00 | 5,000.00 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.04c